**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 241 WAL 2019

           Respondent              :

                                             :   Petition for Allowance of Appeal

                                           :   from the Order of the Superior Court

         v.                        :

                                             :

DAVID ALLEN YINGLING,            :

                                           :

            Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 19th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.